IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDDIE WALLACE, | ) |
|       Petitioner, | ) |
| v. | ) Case No. CIV-14-1245-D |
| MICHAEL K. ADDISON, Warden, | ) |
|       Respondent. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on November 12, 2014. Judge Purcell recommends the denial of Petitioner's motion for leave to proceed *in forma pauperis* (IFP) because he has sufficient financial resources to pay the $5.00 filing fee for his Petition. Petitioner has not filed a timely objection but, instead, has paid the required fee. Thus, the Court finds that Petitioner's IFP motion is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is ADOPTED, and Petitioner's IFP motion [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that this matter, to include Petitioner's Motion to Supplement Habeas Petition [Doc. No. 6], is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 4th day of December, 2014.

 

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE